IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Trans Union LLC et al
,

Plaintiff(s),

v.

Equifax Information Services LLC et al,

Defendant(s).

Case No. 17-cv-8546
Judge Sara L. Ellis

## **ORDER**

(T:08) Motion hearing held. Plaintiffs' motion for leave to file surreply and to file under seal [47] is denied. (doc. #[48]) Exhibit 1 shall remain sealed.

Date: 4/13/2018                                     /s/ Sara L. Ellis, U.S. District Judge